1 │ QUIN DENVIR, Bar #49374
  │ Federal Defender
2 │ ERIC V. KERSTEN, Bar #226429
  │ Assistant Federal Defender
3 │ Designated Counsel for Service
  │ 2300 Tulare Street, Suite 330
4 │ Fresno, California  93721-2226
  │ Telephone: (559) 487-5561
5 │
  │ Attorney for Defendant
6 │ JOSE SANCHEZ-GUZMAN
7 │
8 │                    IN THE UNITED STATES DISTRICT COURT
9 │                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10 │
11 │ UNITED STATES OF AMERICA,          )   No. 1:02-cr-05123 OWW
   │                                    )   No. 1:05-cr-00064 OWW
12 │              Plaintiff,            )
   │                                    )   STIPULATION TO CONTINUE STATUS
13 │       v.                           )   CONFERENCE AND DISPOSITION AND
   │                                    )   ORDER THEREON
14 │ JOSE SANCHEZ-GUZMAN,               )
   │                                    )   NOTICE TO COUNSEL: NEW HEARING
15 │              Defendant.            )   DATE HAS BEEN CHANGED
   │                                    )
16 │ _____   )   Date:  July ~~11~~ 12, 2005
   │                                        Time:  9:00 a.m. ~~1:30 p.m.~~
17 │                                        Judge: Honorable Oliver W. Wanger
18 │
19 │
20 │        IT IS HEREBY STIPULATED by and between the parties hereto through their respective
21 │ counsel, MARIANNE A. PANSA, Assistant United States Attorney, counsel for Plaintiff, and ERIC V.
22 │ KERSTEN, Assistant Federal Defender, counsel for Defendant Jose Sanchez-Guzman, that the date for
23 │ status conference and disposition in the above-captioned matters may be continued to July 12 ~~11~~, 2005.
   │ **The date previously set for status conference in case No. 1:05-cr-00064 OWW, and disposition in**
24 │ **case No. 1:02-cr-05123 OWW, is July 5, 2005.  The requested new date for both matters is July 11,**
25 │ **2005, at 9:00 a.m. ~~1:30 p.m.~~**
26 │        The reason for this request is that the parties have reached a plea agreement but an additional
27 │ week is needed for completion of the pre-plea presentence investigation report.  Completion of the
28 │

1   report will allow the plea and sentencing in case No. 1:05-cr-00064 OWW, and disposition in case No.

2   1:02-cr-05123 OWW, all to occur at the same time.

3        The parties agree that the delay resulting from the continuance shall be excluded in the interests of

4   justice, including but not limited to, the need for the period of time set forth herein for effective defense

5   preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

McGREGOR W. SCOTT
United States Attorney

AUSA Pansa has approved
of her electronic signature
being placed here

9   DATED: June 30, 2005                          By  /s/ Marianne A. Pansa
MARIANNE A. PANSA
Assistant U.S. Attorney
Attorney for Plaintiff

QUIN DENVIR
Federal Public Defender

15  DATED: June 30, 2005                          By  /s/ Eric V. Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
JOSE SANCHEZ-GUZMAN

20                                   **O R D E R**

21       **IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice

22  pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

23       DATED: July 6, 2005

/s/ OLIVER W. WANGER

OLIVER W. WANGER, Judge
United States District Court
Eastern District of California

2